IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 13-CR-40024-JPG |
| ANTHONY R. RENTH, | ) ) ) |
| Defendant. | ) |

ORDER GRANTING APPLICATION FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of **ANTHONY R. RENTH, S10086**, in the United States District Court at Benton, Illinois, on the 22nd day of May, 2013, at the hour of 9:30 a.m.

IT IS SO ORDERED.

DATED this 20th day of May, 2013.

J. PHIL GILBERT, District Judge